## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE JOSEPH A. LAROSKI, JR. JUDGE

| | |
|---|---|
| U.S. ALUMINUM EXTRUDERS COALITION AND UNITED STEEL PAPER AND FORESTRY, RUBBERT, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br>    Defendant,<br><br>    and<br><br>EAST ASIA ALUMINUM COMPANY LIMITED, TECNOGLASS, S.A.S., ERDOGANLAR ALUMINYUM SAN. VE TIC. A.S., MAHLE BEHA USA INC., TESLA, INC., CEDAL DURAN S.A., *et al.*,<br>    Defendant-Intervenors. | Consol. Ct. No. 24-209 |

## RESPONSE BRIEF OF DEFENDANT-INTERVENOR
## EAST ASIA ALUMINUM CO., LTD.

    Eugene Degnan
    Donald B. Cameron
    Julie C. Mendoza
    R. Will Planert
    Brady W. Mills
    Mary S. Hodgins
    Jordan L. Fleischer
    Edward J. Thomas III
    Nicholas C. Duffey
    Jenny (Shiyu) Liang

    **MORRIS, MANNING & MARTIN, LLP**
    1333 NEW HAMPSHIRE AVE, N.W.
    SUITE 800
    WASHINGTON, D.C. 20036
    (202) 216-4107

Dated: September 15, 2025    *Counsel to East Asia Aluminum Co., Ltd.*

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| **I.** | **INTRODUCTION**.................................................................................................... | 1 |
| **II.** | **ARGUMENT**........................................................................................................... | 2 |
| **III.** | **CONCLUSION** ....................................................................................................... | 2 |

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JOSEPH A. LAROSKI, JR. JUDGE**

| | |
|---|---|
| U.S. ALUMINUM EXTRUDERS COALITION AND UNITED STEEL PAPER AND FORESTRY, RUBBERT, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> EAST ASIA ALUMINUM COMPANY LIMITED, TECNOGLASS, S.A.S., ERDOGANLAR ALUMINYUM SAN. VE TIC. A.S., MAHLE BEHA USA INC., TESLA, INC., CEDAL DURAN S.A., *et al.*, <br><br> Defendant-Intervenors. | Consol. Ct. No. 24-209 |

**RESPONSE BRIEF OF DEFENDANT-INTERVENOR**
**EAST ASIA ALUMINUM CO., LTD.**

**I.   INTRODUCTION**

In accordance with Rule 56.2(c) of the Rules of the United States Court of International Trade and this Court's March 6, 2025, Scheduling Order (CM/ECF), Defendant-Intervenor East Asia Aluminum Co., Ltd. ("East Asia") hereby timely submits the following Response Brief in response to the May 12, 2025 Defendant's Rule 56.2 Motion for Judgment on the Agency Record ("Plaintiff's Brief") (ECF 84) and in support of the U.S. Government's August 11, 2025 Response Brief ("Government's Response Brief") (ECF 89).

## II. ARGUMENT

Rather than repeating well-pled arguments, we hereby endorse and incorporate by reference the arguments in opposition to the Plaintiff's Rule 56.2 Motion made in the Government's Response Brief filed on September 15, 2025. For the reasons set forth the in the Government's Response Brief, East Asia respectfully requests that the Court deny Plaintiff's Motion for Judgment upon the Agency Record and affirm the U.S. International Trade Commission's final negative determinations regarding aluminum extrusions from China, Colombia, Ecuador, India, Indonesia, Italy, Malaysia, Mexico, South Korea, Taiwan, Thailand, Turkey, United Arab Emirates, and Vietnam as supported by substantial evidence and in accordance with law.

## III. CONCLUSION

For the foregoing reasons, the Court should affirm the Commission's final negative determinations for aluminum extrusions from the subject countries.

Respectfully submitted,

/s/ Eugene Degnan
Eugene Degnan
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Brady W. Mills
Jordan L. Fleischer
Edward J. Thomas III
Nicholas C. Duffey
Jenny (Shiyu) Liang

**MORRIS, MANNING & MARTIN, LLP**
1333 New Hampshire Ave, N.W., Suite 800
Washington, D.C. 20036
(202) 216-4107

*Counsel to East Asia Aluminum Co., Ltd.*

2

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing brief complies with the Standard Chambers Procedures of the U.S. Court of International Trade in that it contains 206 words including text, footnotes, and headings and excluding the table of contents, table of authorities and counsel's signature block, according to the word count function of Microsoft Word 2016 used to prepare this brief.

/s/ Gene Degnan_____<br>
Gene Degnan

Dated: September 15, 2025

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JOSEPH A. LAROSKI, JR. JUDGE**

| | |
|---|---|
| U.S. ALUMINUM EXTRUDERS COALITION AND UNITED STEEL PAPER AND FORESTRY, RUBBERT, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> EAST ASIA ALUMINUM COMPANY LIMITED, TECNOGLASS, S.A.S., ERDOGANLAR ALUMINYUM SAN. VE TIC. A.S., MAHLE BEHA USA INC., TESLA, INC., CEDAL DURAN S.A., *et al.*, <br><br> Defendant-Intervenors. | Consol. Ct. No. 24-209 |

**PROPOSED ORDER**

Upon consideration of the Rule 56.2 motion of Plaintiffs the U.S. Aluminum Extruders Coalition and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (collectively, "Plaintiffs") for judgment on the agency record, and upon consideration of the memorandum in opposition to that Motion filed by Defendant U.S. International Trade Commission, as well as all other pertinent papers and proceedings, it is hereby:

**ORDERED** that Plaintiffs' motion for judgment on the agency record is **DENIED**,

2

**ORDERED** that this case be terminated consistent with this Court's opinion.

**SO ORDERED.**

Dated: _____          _____
       New York, New York                Joseph A. Laroski, Jr., Judge