# UNITED STATES COURT OF INTERNATIONAL TRADE

U.S. ALUMINUM EXTRUDERS COALITION,

and

UNITED STEEL, PAPER, AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,

Plaintiffs,

v.

UNITED STATES,

Defendant,

and

COALITION FOR FAIR MEXICAN IMPORTS OF ALUMINUM EXTRUSIONS, et al.,

Defendant-Intervenors.

Before: Joseph A. Laroski, Jr., Judge

Consol. Court No. 24-00209

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that the International Trade Commission's Final Determination is **SUSTAINED**; it is further

**ORDERED** that judgment is entered for the United States.

/s/ Joseph A. Laroski, Jr.
Judge

Dated: September 2, 2026
New York, New York