Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T +1 202.887.4000
F +1 202.887.4288
akingump.com

Akin

**Matthew R. Nicely**
+1 202.887.4046/fax: +1 202.887.4288
mnicely@akingump.com

September 10, 2026

**VIA CM/ECF**

The Honorable Joseph A. Laroski
U.S. Court of International Trade
1 Federal Plaza
New York, NY 10278

**Re:** ***U.S. Aluminum Extruders Coalition v. United States*, Consol. Court No. 24-00209 (Ct. Int'l Trade): Bracketing Comments**

Dear Judge Laroski:

On behalf of Defendant-Intervenor, Tesla, Inc., we hereby respond to the Court's September 2, 2026 letter (ECF 118) concerning the treatment of business proprietary information contained in Slip Op. 26-101 (ECF 116). Undersigned counsel reviewed Slip Op. 26-101 and defers to the U.S. International Trade Commission and other parties with respect to bracketing of business proprietary information.

Please contact undersigned counsel if the Court has any questions about this letter.

Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
Julia K Eppard

AKIN GUMP STRAUSS HAUER & FELD LLP

*Counsel for Defendant-Intervenor, Tesla, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 10, 2026, I provided true and correct electronic copies of the foregoing letter to all counsel of record by filing it via the Court's CM/ECF system.

Date: September 10, 2026

/s/ Matthew R. Nicely
Matthew R. Nicely