ArentFox Schiff

**ArentFox Schiff LLP**
1717 K Street, NW
Washington, DC 20006

202.857.6000 **MAIN**
202.857.6395 **FAX**

afslaw.com

September 14, 2026

**Leah N. Scarpelli**
Partner
202.715.8403 **DIRECT**
leah.scarpelli@afslaw.com

**VIA CM/ECF**

The Honorable Joseph A. Laroski
U.S. Court of International Trade
1 Federal Plaza
New York, NY 10278

**Re: *U.S. Aluminum Extruders Coalition v. United States,* Consol. Court No. 24-00209 (Ct. Int'l Trade): Bracketing Comments**

Dear Judge Laroski:

On behalf of Defendant-Intervenors Erdoganlar Alüminyum San. ve Tic. A.S., Istanbul Ferrous and Non-Ferrous Metals Exporters' Association, ZF North America, Inc., Bergstrom China Group Partners, LLC, and Bergstrom, Inc., we hereby respond to the Court's September 2, 2026, letter (ECF 118) concerning the treatment of business proprietary information contained in Slip Op. 26-101 (ECF 116). After reviewing Slip Op. 26-101, undersigned counsel has no bracketing comments and defers to the U.S. International Trade Commission and other parties with respect to bracketing of business proprietary information.

Please contact the undersigned if you have any questions regarding this letter.

Respectfully submitted,

**/s/ Leah N. Scarpelli**
Leah N. Scarpelli
David R. Hamill
Diana Dimitriuc Quaia
Jessica R. DiPietro
John M. Gurley
Mario A. Torrico
Matthew M. Nolan
Nancy A. Noonan
William G. Stroupe II
Yun Gao

*Counsel for Erdoganlar Alüminyum San. ve Tic. A.S., Istanbul Ferrous and Non-Ferrous Metals Exporters' Association, ZF North America, Inc., Bergstrom China Group Partners, LLC, and Bergstrom, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 14, 2026, I provided true and correct electronic copies of the foregoing letter to all counsel of record by filing it via the Court's CM/ECF system.

Date: September 14, 2026

/s/ Leah N. Scarpelli
Leah N. Scarpelli