pillsbury

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC 20036 | tel 202.663.8000 | fax 202.663.8007

Daniel Porter
Tel: +1.202.663.8140
daniel.porter@pillsburylaw.com

September 14, 2026

**VIA CM/ECF**
The Honorable Joseph A. Laroski
U.S. Court of International Trade
1 Federal Plaza
New York, NY 10278

**Re:** ***U.S. Aluminum Extruders Coalition v. United States***
**Consol. Court No. 24-00209 (Ct. Int'l Trade): Bracketing Comments**:

Dear Judge Laroski:

On behalf of Defendant-Intervenors, Tecnoglass, S.A.S. ("TG"), E.S. Windows LLC ("ESW"), and C.I. ES Metals S.A.S. ("ESM") (collectively "Tecnoglass"), we hereby respond to the Court's September 2, 2026 letter (ECF 118) concerning the treatment of business proprietary information contained in Slip Op. 26-101 (ECF 116). Undersigned counsel reviewed Slip Op. 26-101 and defers to the U.S. International Trade Commission and other parties with respect to bracketing of business proprietary information.

Please contact undersigned counsel if the Court has any questions about this letter.

Respectfully submitted,

/s/ Daniel L. Porter

Daniel L. Porter

*Counsel for Tecnoglass, S.A.S. ("TG"), E.S. Windows LLC, and C.I. ES Metals S.A.S.*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 14, 2026, I provided true and correct electronic copies of the foregoing letter to all counsel of record by filing it via the Court's CM/ECF system.

/s/ Daniel L. Porter
Daniel L. Porter

Date: September 14, 2026